**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**FILE NO:** 1: 11cr 93

UNITED STATES OF AMERICA,

**(UNDER SEAL)**

v.

NICHOLAS DIMITRIS,
DEFENDANT.
_______________________________/

**MOTION TO HOLD BILL OF INFORMATION, PLEA AGREEMENT, AND RULE 11 DOCUMENTS UNDER SEAL**

COMES NOW Defendant, and moves this Honorable Court, pursuant local Rule 55 (a) and (c), and such other Rules and laws as may be applicable, to hold under seal the Bill of Information, the Plea Agreement, and the Rule 11 Hearing documents, pending a subsequent Indictment. In support hereof, your Movant would show:

1. In lieu of Indictment, Defendant has agreed to proceed via a Bill of Information, and has reached a Plea Agreement with the Government, for an 18 USC § 371 conspiracy to violate 18 USC §656.

2. An Indictment of others for such conspiracy is forthcoming.

3. As part of his plea, this Defendant will be cooperating with the Government and may have information that might lead to others (presently unknown to the government) being indicted.

4. Your Movant requests that this matter be kept under seal only until such time as the Indictment of others for conspiracy has been filed and the other Defendants served.

5. Your Movant and his wife are expecting their first child together, and the due date is any time now, with the wife being effaced and dilated. Your Movant is concerned for the well being of his wife, and his soon to be born son, should this case be made a public record prior to the indictment of others.

WHEREFORE Defendant prays for the relief requested.

This the 14th day of November, 2011.

S/Ronald C. True
RONALD C. TRUE
One Oak Plaza Ste. 106
Asheville NC 28801
NC Bar #:13137
Ph 828-2 51-5001
F: 828-251-1080
E: trueatty@bellsouth.net

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this date served the foregoing pleading upon all other parties in this cause by: [ ] depositing a copy hereof in a postpaid wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service; [x] electronic mail to corey.ellis@usdoj.gov; or [ ] by personally delivering same, properly addressed to the attorney or attorneys for said parties; or [ ] via facsimile, on the 14th day of November, 2011.

S/Ronald C. True
RONALD C. TRUE
One Oak Plaza Suite 106
Asheville NC 28801
(828) 251-5001