# UNITED STATES DISTRICT COURT
Western District of North Carolina

UNITED STATES OF AMERICA
v.
Nicholas Dimitris
*Defendant*

Case No: 1:11–cr–00093–MR–DLH *SEALED*

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: December 5, 2011

*Defendant's Signature*

*Signature of defendant's attorney (if any)*

Ronald C. True
*Printed name of defendant's attorney (if any)*

Dennis L. Howell
United States Magistrate Judge