IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 CR 93

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| NICHOLAS DIMITRIS. | ) | |
| | ) | |
| _____ | ) | |

**ON DECEMBER 9, 2011** the undersigned entered an Order (#12) sealing the proceedings in the above entitled matter. The terms of the Order set forth that the Order would expire and dissolve on January 3, 2012 and at that time all proceedings in this matter, including all documents and all recordings concerning the proceedings that are taking place in the case would be removed from sealed proceedings and made available as a public record. The undersigned will enter an order terminating the sealed Order and further directing that all proceedings in this matter be made available as a public record.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Order (#12) entered in this matter on December 9, 2011 is hereby **DISSOLVED**. All proceedings in this matter, including all documents and all recordings concerning the proceedings that are taking

place in this case shall be removed from sealed proceedings and shall be made available as a public record.

    Signed: January 6, 2012

Dennis L. Howell
United States Magistrate Judge