# NOTIFICATION OF NEW LAW VIOLATION/ARREST OF PRETRIAL DEFENDANT

| | | | |
|---|---|---|---|
| DEFENDANT | Nicholas Dimitris | DOCKET NO. | 0419 1:11CR00093-001 |
| OFFENSE | Conspiracy and Defrauding a Financial Institution | RELEASE DATE | 12/5/2011 |
| MAGISTRATE JUDGE | Dennis Howell | TYPE OF BOND | Unsecured ($25,000) |
| DISTRICT JUDGE | Dennis Howell | PLEA/VERDICT DATE | 12/5/2011 |

**This is to notify the Court and the U.S. Attorney that the above-named defendant has been charged with a new law violation subsequent to his/her release on bond.**

## "<u>NO ACTION IS BEING RECOMMENDED AT THIS TIME</u>"

| | | | |
|---|---|---|---|
| **NEW CHARGE:** | Speeding 86 in a 60 zone | **OFFENSE DATE:** | 3/12/2013 |
| **RELEASE DATE AND STATUS:** | Released pending court | **ARREST DATE:** | N/A |
| **CHARGING AGENCY:** | NCSHP | | |
| **COURT DATE/DISPOSITION:** | 5/10/2013 | | |

X

USPO

Tamara S. Styles
U.S. Probation Officer

Approved By:

X

SUSPO

Senior U.S. Probation Officer

cc: Defendant - *mail*