UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:11CR93 |
| | ) | |
| | ) | |
| vs. | ) | MOTION TO CONTINUE |
| | ) | RESTITUTION HEARING |
| | ) | and MOTION TO EXPAND |
| NICHOLAS DIMITRIS, | ) | TIME TO FILE BRIEF |
| Defendant. | ) | |
| | ) | |

NOW COMES the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, and respectfully requests that the Court continue the restitution hearing and expand the time to file briefs. In support of this motion the United States offers the following:

1. The Court held the sentencing hearing for the Defendant, and for related co-defendants David G. Smith (1:11CR85) and Robert Craig Gourlay (1:11CR86), on November 26, 2013. At that time the Government requested additional time to calculate the amount of restitution for all three defendants pursuant to 18 U.S.C. § 3664(d)(5), which the Court granted.
2. On December 4, 2013, the Court ordered that the restitution hearing be scheduled for December 30, 2013. The Court further ordered that the parties attempt to reach a stipulation regarding restitution to be filed on or before

December 16, 2013. In the event that the parties are unable to reach a stipulation, the Court ordered that the Government file its restitution brief on or before December 16, 2013, and that the Defendant respond on or before December 23, 2013. (Doc. #34). A similar order was filed as to each of the co-defendants, Smith and Gourlay.

3. The Government has been working diligently to comply with these deadlines. Most of the necessary information has been collected, but as of this filing the Government has yet to receive complete information from three of the victim banks and from FDIC concerning restitution. The Government anticipates that it likely will have this information available by December 30, 2013, but doubts that it will have it in time to permit the parties to attempt to negotiate a stipulation and/or brief the issue by December 16.
4. Additionally, the undersigned is scheduled to be on annual leave for the holidays during the week of December 30, 2013 – January 4, 2014.
5. Title 18, United States Code, Section 3664(d)(5) permits up to 90 days after sentencing to resolve the issue of restitution, thus allowing for the matter to be heard until late February.
6. The Government believes that this motion may save court time by permitting the parties sufficient time to resolve the matter of restitution by stipulation.

This motion is offered in the interests of justice and not merely to delay the proceedings.

7. The Government has consulted with Mr. Belser, counsel for Dimitris, who does not object to the motion.

8. The Government will be filing similar motions contemporaneously in the cases of the co-defendants previously mentioned. Mr. Freedman, counsel for Gourlay, joins in the motion because he has a sentencing hearing to attend on December 30, 2013, before Judge Osteen in the Middle District of North Carolina. Mr. Stewart, counsel for Smith, does not object to this motion. The Government believes that in the event that a hearing is required, judicial economy dictates that they be held on the same day (and perhaps jointly).

WHEREFORE, the United States respectfully requests that the Court continue the restitution hearing to a date no later than February 28, 2014, and that the Court expand the time with which to reach a stipulation and/or file a brief.

RESPECTFULLY SUBMITTED, this the 12th day of December, 2013.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

/s Don Gast
______________________________

DON GAST
ASSISTANT UNITED STATES ATTORNEY
N.C. Bar Number: 23801
100 Otis Street, Suite 233
Asheville, NC 28801
Telephone: (828) 271-4661
Facsimile: (828) 271-4670
Don.Gast@usdoj.gov

## CERTIFICATE OF SERVICE

The foregoing document was filed electronically via ECF and was served on counsel for the Defendant via ECF. The email address for defense counsel is listed in ECF as follows:

David Belser dgbelser@gmail.com

This the 12th day of December, 2013.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

/s Don Gast
____________________________

DON GAST
ASSISTANT UNITED STATES ATTORNEY
N.C. Bar Number: 23801
100 Otis Street, Suite 233
Asheville, NC 28801
Telephone: (828) 271-4661
Facsimile: (828) 271-4670
Don.Gast@usdoj.gov