UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:11CR93 |
| | ) | |
| vs. | ) | NOTICE OF APPEAL |
| | ) | |
| NICHOLAS DIMITRIS | ) | |

NOW COMES the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, and gives Notice of Appeal in the above-styled and numbered case to the United States Court of Appeals for the Fourth Circuit of the district court's Judgment and Commitment Order entered on December 12, 2013.

Respectfully submitted this the 10th day of January, 2014.

ANNE M. TOMPKINS
United States Attorney
s/Don D. Gast
Assistant United States Attorney
NC Bar No. 23801
100 Otis Street
Asheville, NC 28801
Telephone: 828-271-4661
828-271-4661
E-mail: don.gast@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the above upon the defendant by ECF to the counsel of record, David Belser at dgbelser@gmail.com.

This the 10th day of January, 2014.

s/Don D. Gast
Assistant United States Attorney