FILED: January 13, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 14-4033
(1:11-cr-00093-MR-DLH-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

NICHOLAS DIMITRIS

Defendant - Appellee

---

O R D E R

---

The court appoints David Grant Belser to represent appellee. Counsel is referred to the memorandum on **Payment of Counsel Appointed under the Criminal Justice Act** for information on obtaining a fee exempt PACER account for electronic access to documents in CJA cases, redacting private and sensitive data from transcripts and other documents, and maintaining time and expense records. If appointed counsel has not previously received CJA payments from the federal courts, or if their information has changed, counsel should complete the

**CJA Taxpayer Identification Form**.

Counsel not yet registered for electronic filing should proceed to the court's web site to register as an ECF filer, **www.ca4.uscourts.gov**.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk