UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

1:11 CR 000093-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | MOTION TO DELAY REPORT |
| | ) | DATE TO BOP |
| NICHOLAS DIMITRIS | ) | |
| | ) | |

NOW COMES, the defendant, Nicholas Dimitris by and through undersigned counsel David Belser, and moves the court to delay his reporting date to the Bureau of Prisons until after the restitution hearing.

In support thereof, the defendant shows the following:

1. The defendant has been sentenced by the court to an active term of one year and one day.
2. The court ordered that the report date to the BOP not be before February 1, 2014 due to the birth of the defendant's child.
3. The restitution hearing has been continued until February 7, 2014.
4. If the defendant is in custody prior to that date, there may be significant logistical problems getting him transported from the BOP to court.
5. AUSA Don Gast has no objection to this motion.

WHEREFORE, the defendant moves the court to delay his reporting date to the Bureau of Prisons until a date certain after the restitution hearing.

Respectfully submitted,

This the 14th day of January, 2014.

s/ David Belser
Bar # 10631
Attorney for Defendant
Belser & Parke, PA
17 N. Market St., Suite 1
Asheville, N.C. 28801
Tel: 828-258-1500

Fax: 828-258-1510
dgbelser@gmail.com

CERTIFICATE OF SERVICE

I, David Belser, certify that I caused the forgoing Motion to Delay Reporting Date to BOP to be served this day on Don Gast, AUSA, electronically through ECF.

__________
David Belser
January 14, 2014