**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CRIMINAL CASE NO. 1:11-cr-00093-MR-DLH**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **NICHOLAS DIMITRIS.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Delay Report Date to BOP [Doc. 44].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Delay Report Date to BOP [Doc. 44] is **GRANTED**, and the Defendant's reporting date to the Bureau of Prisons is hereby extended through and including **February 10, 2014**.

The Clerk of Court is instructed to provide a copy of this Order to the United States Probation Office, the United States Marshals Service, and the Federal Bureau of Prisons.

**IT IS SO ORDERED.**

Signed: January 15, 2014

Martin Reidinger
United States District Judge