UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:11CR93 |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | GOVERNMENT'S STATEMENT |
| | ) | OF POSITION ON RESTITUTION |
| NICHOLAS DIMITRIS, | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, and provides to the Court the Government's statement of position on restitution, and offers the following:

## I. BACKGROUND

The Court held the sentencing hearing for the Defendant, and for related co-defendants David G. Smith (1:11CR85) and Robert Craig Gourlay (1:11CR86), on November 26, 2013. At that time the Government requested additional time to calculate the amount of restitution for all three defendants pursuant to 18 U.S.C. §3664(d)(5), which the Court granted.

## II. GOVERNMENT'S STATEMENT OF POSITION ON RESTITUTION

The Government submits that the amount of restitution to which the Defendant should be ordered to pay is **$3,273,226.59**. This amount is owed to the victim banks and is calculated as follows:

| **Named Borrower** | **Victim Bank** | **Description** | **Original Loan Amount** | **Charge-Off / Loss Amount** |
|---|---|---|---|---|
| Dion Holdings | PCB | Lot 138 | $596,250 | $522,022.85 |
| Dion Holdings | BAVL | Lot 127 | $637,500 | $637,500 |
| Ray Chapman | PCB | Quid Pro Quo | $1,100,000 | $934,801.77 |
| Buck Cashion | PCB | Quid Pro Quo/Jarco Loan | $1,100,000 | $342,835.57 |
| Collier Market Holdings | PCB | Quid Pro Quo | $360,000 | $104,976 |
| Somily Holdings | PCB | Quid Pro Quo | $825,000 | $731,090.40 |
| | | | | |
| **Total Restitution** | | | | **$3,273,226.59** |

## III. PAYEE INFORMATION

Pisgah Community Bank (PCB) was shut down by the FDIC, so the FDIC would be the recipient of restitution.

FDIC as Receiver for Pisgah Community Bank
FDIC Restitution Payments
P.O. Box 971774
Dallas, TX 75397-1774

The Bank of Asheville (BAVL) also was shut down by the FDIC, so the FDIC would be the recipient of that restitution.

FDIC as Receiver for Bank of Asheville
FDIC Restitution Payments
P.O. Box 971774
Dallas, TX 75397-1774

## IV. JOINT AND SEVERAL LIABILITY

The Defendant's liability should be joint and several with the following co-defendants:

- **PCB Loans**: David G. Smith, Robert Craig Gourlay, Avery Ted Cashion, III, Raymond M. Chapman, Thomas E. Durham, Jr., and Keith Arthur Vinson.
- **All PCB Loans Except for the Jarco Loan:** Aaron Ollis (in addition to the parties listed previously).
- **BAVL Loan**: George Gordon Greenwood, Avery Ted Cashion, III, Raymond M. Chapman, and Keith Arthur Vinson.
- Any other persons who may be found to be liable.

## V. CONSULTATION

As required by this Court's order, the Government consulted with defense counsel in an effort to arrive at a stipulation concerning this amount of restitution. The Government provided supplemental discovery setting forth the charge-off amounts and work product in the form of a spreadsheet detailing the loss figures. As of this date the Government has received no response from the Defendant

regarding this loss amount, so the Government is filing this statement of position on restitution as required by the Court.

RESPECTFULLY SUBMITTED, this the 24th day of January, 2014.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

/s Don Gast

DON GAST
ASSISTANT UNITED STATES ATTORNEY
N.C. Bar Number: 23801
100 Otis Street, Suite 233
Asheville, NC 28801
Telephone: (828) 271-4661
Facsimile: (828) 271-4670
Don.Gast@usdoj.gov

## CERTIFICATE OF SERVICE

The foregoing document was filed electronically via ECF and was served on counsel for the Defendant via ECF. The email address for defense counsel is listed in ECF as follows:

David Belser dgbelser@gmail.com

This the 24th day of January, 2014.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

/s Don Gast
______________________________

DON GAST
ASSISTANT UNITED STATES ATTORNEY
N.C. Bar Number: 23801
100 Otis Street, Suite 233
Asheville, NC 28801
Telephone: (828) 271-4661
Facsimile: (828) 271-4670
Don.Gast@usdoj.gov