Defendant: Nicholas Dimitris
Case Number: DNCW111CR00093-001



## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TWELVE (12) MONTHS AND ONE (1) DAY.

☒ The Court makes the following recommendations to the Bureau of Prisons:

- Participation in the Federal Inmate Financial Responsibility Program.
- Defendant shall support all dependents from prison earnings.

☐ The Defendant is remanded to the custody of the United States Marshal.

☒ The Defendant shall surrender to the United States Marshal for this District:

☒ As notified by the United States Marshal.
☒ On a date no sooner than 2/1/2014.

☐ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ As notified by the United States Marshal.
☐ Before 2 p.m. on __.
☐ As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows: Fully Executed

Defendant ~~delivered~~ voluntary surrendered on 2/10/14 to USP LEE SCP at Jonesville, VA, with a certified copy of this Judgment.

C. Zych, WARDEN
~~United States Marshal~~

By: M. Arney, CSO / [signature]
~~Deputy Marshal~~

RECEIVED
ASHEVILLE, N.C.
FEB 24 2014
U.S. District Court
Western District of N.C.