FILED: April 24, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 14-4033
(1:11-cr-00093-MR-DLH-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

NICHOLAS DIMITRIS

Defendant - Appellee

---

RULE 42(b) MANDATE

---

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*